```
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive, Suite 100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Steven M. & Suzan L. Povey
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 11-48691-C-13C |
| Povey, Steven M.<br>Povey, Suzan L. | DOCKET CONTROL #: PGM-4<br>DATE: 4/2/13<br>TIME: 2:00 P.M.<br>DEPT#: C - COURTROOM 33 |
| Debtors | HONORABLE JUDGE KLEIN |

**REPLY OF DEBTOR(S) TO TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION FILE ON 2/14/13**

COME NOW DEBTORS, Steven M. & Suzan L. Povey, by and through their attorney of record, Peter G. Macaluso, and replies to the Objection to Confirmation filed by Trustee. Debtors respond as follows:

1. The total paid in can be corrected in Order Modifying Plan

2. HSBC - Trustee is correct the allowed amount should be $3,653.54 with a monthly dividend of $85.00. Counsel calculates all plans at 10.5% for the Trustee Fees. Given this the Plan still works with an increased dividend.

-1-

3. Authorized Amount For Arrears Corrected in Order Modifying Plan

4. Loan Modification was granted 3/19/13.

WHEREFORE, Debtor(s) request that the Objection be denied and that the Plan be confirmed with additional verbiage clarifying the above.

Dated: March 23, 2013   /S/Peter G. Macaluso
Peter G. Macaluso, Attorney at Law