# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Steven Mark Povey and Suzan Lee Povey | **Case No :** | 11–48691 – C – 13C |
| | | **Date :** | 4/2/13 |
| | | **Time :** | 02:00 |
| **Matter :** | [67] – Motion/Application to Modify Chapter 13 Plan [PGM–4] Filed by Debtor Steven Mark Povey, Joint Debtor Suzan Lee Povey (msws) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Janet Larson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Peter G. Macaluso
**Respondent(s) :**
    Neil Enmark (for the Trustee)

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Confirm the Chapter 13 Plan filed by the Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the hearing on the Motion is continued to 2:00 p.m. on May 14, 2013.

Dated: April 15, 2013

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Peter G. Macaluso
7311 Greenhaven Dr #100
Sacramento CA 95831

David Cusick
PO Box 1858
Sacramento CA 95812–1858